Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

                Case No.:  16−17933−ABA
                Chapter:  7
                Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

   Tobey R. Karpicz                                         Evelyn F. Karpicz
   fdba Moose Juice, LLC, fdba Juice Moose, LLC      554 Westminster Road
   554 Westminster Road                             Wenonah, NJ 08090
   Wenonah, NJ 08090

Social Security No.:
   xxx−xx−9665                                           xxx−xx−2356

Employer's Tax I.D. No.:

## FINAL DECREE

    The estate of the above named debtor(s) has been fully administered.

    If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

    ORDERED that Andrew Sklar is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>September 27, 2017</u>                 <u>Andrew B. Altenburg Jr.</u>
                                                    Judge, United States Bankruptcy Court